Stephen C. Chuck, Esq. SBN 119612
schuck@foleymansfield.com
Tiffany M. Birkett, Esq. SBN 222390
tbirkett@foleymansfield.com
Victoria J. Tsoong, Esq. SBN 261862
vtsoong@foleymansfield.com
**Foley & Mansfield PLLP**
300 S. Grand Ave., Suite 2800
Los Angeles, California 90071
Telephone: (213) 283-2100

Attorneys for Defendants
**ONEWEST BANK, FSB,
erroneously sued as
ONEWEST BANK, F/K/A
INDYMAC BANK FSB**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT KEMP, an individual | ) Case No. CV105892 JKW (REX) |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **DEFENDANT INDYMAC** |
| v. | ) **MORTGAGE SERVICES AND** |
| | ) **ONEWEST BANK, FSB'S MOTION** |
| ONEWEST BANK, F/K/A INDYMAC | ) **TO DISMISS PLAINTIFF'S** |
| BANK FSB | ) **COMPLAINT** |
| | ) |
| Defendant, | ) *[Filed concurrently with Motion to* |
| | ) *Dismiss and Request for Judicial Notice]* |
| | ) |
| | ) **DATE:**     September 27, 2010 |
| | ) **TIME:**     1:30 p.m. |
| | ) **CTRM:**    "16" |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Complaint filed:   August 9, 2010 |

///
///
///

[PROPOSED] ORDER GRANTING DEFENDANT INDYMAC MORTGAGE SERVICES AND ONEWEST BANK, FSB'S MOTION TO
DISMISS PLAINTIFF'S COMPLAINT

Defendant OneWest Bank, FSB erroneously sued as OneWest Bank, F/K/A IndyMac Bank, FSB Motion to Dismiss Plaintiff Grant Kemp's Complaint ("Motion") came on regularly for hearing before the Hon. John F. Walter on September 27, 2010 at 1:30 p.m. in Courtroom 16 of the above-captioned court.  All appearances were noted for the record.

The Court, having read, heard, and considered all of the oral and written arguments and evidence submitted by the parties, rules as follows:

**IT IS HEREBY ORDERED** by this Court that OneWest, Bank, FSB's Motion is granted [with/without] leave to amend as to the [entire complaint].


DATED: _____            _____

                                 JUDGE OF THE UNITED STATES

                                 DISTRICT COURT



Prepared By:          Foley & Mansfield, PLLP
Attorneys For:        Defendant OneWest Bank, FSB

**[PROPOSED] ORDER GRANTING DEFENDANT ONEWEST BANK, FSB'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**