Stephen C. Chuck, Esq. SBN 119612
schuck@foleymansfield.com
Tiffany M. Birkett, Esq. SBN 222390
tbirkett@foleymansfield.com
Victoria J. Tsoong, Esq. SBN 261862
vtsoong@foleymansfield.com
**Foley & Mansfield PLLP**
300 S. Grand Ave., Suite 2800
Los Angeles, California 90071
Telephone: (213) 283-2100

Attorneys for Defendants
**ONEWEST BANK, FSB,
erroneously sued as
ONEWEST BANK, F/K/A
INDYMAC BANK FSB**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT KEMP, an individual | ) Case No. CV105892 JKW (REX) |
| Plaintiff, | ) **DEFENDANTS ONEWEST BANK,** |
| v. | ) **FSB'S REQUEST FOR JUDICIAL** |
|  | ) **NOTICE IN SUPPORT OF MOTION** |
|  | ) **TO DISMISS PLAINTIFF'S** |
| ONEWEST BANK, F/K/A INDYMAC BANK FSB | ) **COMPLAINT** |
|  | ) *[Proposed Order and Demurrer filed concurrently herewith]* |
| Defendant, | ) **DATE:    September 27, 2010** |
|  | ) **TIME:    1:30** |
|  | ) **CTRM:    "16"** |
|  | ) Complaint filed:  August 9, 2010 |

///

///

///

1

**TO COURT AND PLAINTIFF, IN PRO PER:**

Pursuant to Federal Rule of Evidence, Section 201, defendant OneWest Bank, FSB, erroneously sued as OneWest Bank, F/K/A IndyMac Bank FSB ("OneWest"), hereby requests that this Court take judicial notice of the following matters in support of their Motion to Dismiss Plaintiff GRANT KEMP'S Complaint as follows:

- Deed of Trust encumbering certain real property located at 186 Oak Glen Avenue, Ojai, California recorded with the Ventura County Recorder on or about May 23, 2005 as instrument number 20060523-0109769. Attached hereto as Exhibit "1" is a true and correct copy.

- A Notice of Default and Election to Sell Under Deed of Trust, which was recorded on February 12, 2009 with the Ventura County Recorder's Office as instrument number 09-18964. Attached hereto as Exhibit "2" is a true and correct copy.

- An Assignment of Deed of Trust, which was recorded on or about April 3, 2009 with the Ventura County Recorder's Office as instrument number 20090403-00051938-0. Attached hereto as Exhibit "3" is a true and correct copy.

- An Assignment of Deed of Trust, which was recorded on or about January 8, 2010 with the Ventura County Recorder's Office as instrument number 20100108-00002855-0. Attached hereto as Exhibit "4" is a true and correct copy.

- Plaintiff's Broker's License information from the records of the Department of Real Estate for the State of California. This public record shows that Plaintiff has been a licensed broker since at least July 18, 2007 and is doing business as "Kemp Funding." Attached hereto as Exhibit "5" is a true and correct copy.

///

///

Exhibit "5" was obtained from the State of California, Department of Real Estate's database of public information as of August 25, 2010.  This database lists and contains the broker license information for "Kemp, Grant Warren."

DATED:  August 27, 2010                    FOLEY & MANSFIELD, P.L.L.P.


BY:    /s/ Tiffany M. Birkett
       Stephen C. Chuck
       Tiffany M. Birkett
       Victoria J. Tsoong
       Attorneys for Defendants
       **ONEWEST BANK FSB erroneously sued as ONEWEST BANK F/K/A INDYMAC BANK FSB**