1  Stephen C. Chuck, Esq. SBN 119612
   schuck@foleymansfield.com
2  Tiffany M. Birkett, Esq. SBN 222390
   tbirkett@foleymansfield.com
3  Victoria J. Tsoong, Esq. SBN 261862
   vtsoong@foleymansfield.com
4  **Foley & Mansfield PLLP**
   300 S. Grand Ave., Suite 2800
5  Los Angeles, California 90071
   Telephone: (213) 283-2100
6
7  Attorneys for Defendants
   **ONEWEST BANK, FSB,**
8  **erroneously sued as**
   **ONEWEST BANK, F/K/A**
9  **INDYMAC BANK FSB**
10
11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| GRANT KEMP, an individual | ) Case No. CV105892 JFW (SHx) |
| | ) |
| Plaintiff, | ) **NOTICE OF NON-OPPOSITION BY** |
| | ) **PLAINTIFF REGARDING** |
| v. | ) **DEFENDANT'S MOTION TO** |
| | ) **DISMISS PLAINTIFF'S** |
| ONEWEST BANK, F/K/A INDYMAC BANK FSB | ) **COMPLAINT; DECLARATION OF** |
| | ) **VICTORIA J. TSOONG, ESQ. IN** |
| | ) **SUPPORT THEREOF** |
| Defendant, | ) |
| | ) **DATE:** September 27, 2010 |
| | ) **TIME:** 1:30 |
| | ) **CTRM:** "16" |
| | ) |
| | ) |
| | ) |
| | ) Complaint filed: August 9, 2010 |
| | ) |

26  ///
27  ///
28  ///

1

**NOTICE OF NON-OPPOSITION BY PLAINTIFF REGARDING DEFENDANT'S MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT**

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that there has been no written opposition filed by Plaintiff Grant Kemp ("Plaintiff") to Defendant OneWest Bank, FSB erroneously sued as OneWest Bank, F/K/A IndyMac Bank, FSB's ("OneWest") Motion to Dismiss Plaintiff's Complaint, which is scheduled to be heard at 1:30 p.m. on September 27, 2010 in Courtroom "16" of the above-entitled Court.

## I.  BY FAILING TO OPPOSE DEFENDANT'S MOTION, PLAINTIFF CONSENTED TO THIS COURT GRANTING SUCH MOTIONS

On August 27, 2010, OneWest filed a Motion to Dismiss Plaintiff's Complaint, and served the same on Plaintiff on such date. See the accompanying Declaration of Victoria J. Tsoong, Esq. ("Decl. of VJT") ¶3. As stated, Defendant's Motion to Dismiss is scheduled to be heard on September 27, 2010 at 1:30 p.m. Decl. of VJT ¶3.

In accordance with the recently amended Local Rule 7-9, "[e]ach opposing party shall…**not later than twenty-one (21) days** before the date designated for the hearing of the motion…serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion". *Id*. (Emphasis added).

Based on the hearing date of September 27, 2010, Plaintiff's opposition papers or statement of non-opposition were to be filed with the Court and served on all counsel as of September 7, 2010. As of September 10, 2010, OneWest has yet to receive any opposition papers or statement of non-opposition in this regard. Indeed, based on the Court's docket it does not appear that any such written

2

**NOTICE OF NON-OPPOSITION BY PLAINTIFF REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

opposition has been filed with the Court as of such date. Decl. of VJT ¶4.

Based on the foregoing, OneWest respectfully requests that Plaintiff be precluded from offering oral argument at the time of the hearing of OneWest's Motion to Dismiss and that the Court find that Plaintiff's failure to file any written memorandum in opposition to OneWest's Motion to Dismiss be deemed as Plaintiff's consent to the granting of OneWest's Motion.

## II.   CONCLUSION

Wherefore, Defendant OneWest Bank, FSB respectfully requests that this Court grant their Motion to Dismiss in their entirety and without leave to amend.

DATED:  September 10, 2010            FOLEY & MANSFIELD, P.L.L.P.

BY:   /s/ Victoria J. Tsoong
Stephen C. Chuck
Tiffany M. Birkett
Victoria J. Tsoong
Attorneys for Defendant
**ONEWEST BANK, FSB, erroneously sued as ONEWEST BANK, F/K/A INDYMAC BANK FSB**

**NOTICE OF NON-OPPOSITION BY PLAINTIFF REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

# PROOF OF SERVICE

[CCP, 1013A(3) CRC Rule 2006(d) - Revised 3/1/92]

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 S. Grand Ave., Suite 2800, Los Angeles, CA 90071.

On **September 10, 2010**, I served the foregoing document described as: **NOTICE OF NON-OPPOSITION BY PLAINTIFF REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT; DECLARATION OF VICTORIA J. TSOONG, ESQ. IN SUPPORT THEREOF** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Grant Kemp
186 Oak Glen Avenue
Ojai, CA 93023
Tel: (805) 660-6569
Plaintiff

☒ ***(BY OVERNIGHT DELIVERY)*** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by UPS service carrier, or delivered to an authorized courier or driver authorized by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service.

☒ ***(BY COURT'S CM/ECF SYSTEM)*** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems, which sent notification of that filing to the persona listed above.

Executed on **September 10, 2010**, Los Angeles, California.

☒ **FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Leo Valente
Leo Valente