# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK U.S. DISTRICT COURT
OCT 25 2010
CENTRAL DISTRICT OF CA
BY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __John F. Walter__

From: __Andres Pedro__, Deputy Clerk   Date Received: __10/25/2010__

Case No.: __CV10-5892-JFW(SHx)__   Case Title: __Grant Kemp v One West Bank__

Document Entitled: __Amended Complaint__

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☒ Other: __Case Closed, however, Judicial determination is required.__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date               U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__10/25/10__   __/s/ JFW__
Date               U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)   NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579

Grant Kemp
186 Oak Glen Avenue
Ojai, CA. 93023
805-660-6569
GrantWKemp@gmail.com



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRANT KEMP, an individual** | Case# CV 10-5892-JFW(SHx) |
| Plaintiff, | **AMENDED COMPLAINT** |
| vs. | |
| **ONE WEST BANK FSB/** | Date: OCTOBER 25, 2010 |
| formerly known as | |
| **INDYMAC BANK FSB** | |
| Defendant, | |

**AMENDED COMPLAINT**

**PARTIES**

(1) Plaintiff is Grant Kemp, 186 Oak Glen Avenue, Ojai, CA, 93023 hereinafter referred to as "Plaintiff." (See attachment labeled as Exhibit A) Currently Known Defendant(s) are/is: ONE WEST BANK FSB/ INDYMAC BANK FSB, 6900 Beatrice Drive, Kalamazoo, MI 49009, hereinafter referred to as "Lender," or "Defendant(s)," "Defendant Lender."

**JURISDICTION AND VENUE**

(2) This Court has personal jurisdiction over the Defendants named herein because a substantial portion of the wrongdoing alleged in this complaint took place in the Central District of California, and the Defendants are authorized to and